IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CHAUNE DWAYNE DUFFY,

Defendant.

CRIMINAL ACTION NO.
1:17-CR-00384-LMM-RGV

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [40], which recommends that the Court find Defendant competent to proceed with sentencing. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant is declared **COMPETENT** to proceed with sentencing.

**IT IS SO ORDERED** this 6th day of August, 2019.

Leigh Martin May
**United States District Judge**